■ The People of the State of New York, Respondent, v Tyrone Gantt, Appellant. [922 NYS2d 219]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Dutchess County (Dolan, J.), imposed March 17, 2009, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Rivera, Angiolillo, Belen and Roman, JJ., concur.